Paul A. WESBECHER, Plaintiff–
Appellant,

v.

Stephen D. LANDAKER; et al.,
Defendants–Appellees.

No. 08–17051.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 25, 2010.

Paul Anthony Wesbecher, San Francisco, CA, pro se.

David J. Van Dam, Esquire, Leo Herman Schuering, Jr., Schuering Zimmerman Scully Tweedy & Doyle, LLP, Bruce A. Kilday, Cori Rae Sarno, Esquire, Angelo, Kilday and Kilduff, A Law Partnership, Sacramento, CA, Allison Goldsmith, Office of the Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Paul A. Wesbecher appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging excessive force. We have jurisdiction under 28 U.S.C. § 1291. We review

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

de novo, *Whitaker v. Garcetti,* 486 F.3d 572, 579 (9th Cir.2007), and we affirm.

The district court properly granted summary judgment on Wesbecher's excessive force claim because a judgment in his favor would necessarily imply the invalidity of his convictions, and Wesbecher offered no evidence that his convictions have been invalidated. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Defendant Landaker's motion to supplement the record and motion for leave to file a late brief are granted.

**AFFIRMED.**